# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-01342-REB-MEH

DESIREE ARNOLD,

individually and on behalf of all persons similarly situated,

Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, and
DOUG KELLEY, Director of the Division of Animal Control, in his official and individual capacity,

Defendants.

## ORDER FOR HEARING

**Blackburn, J.**

The matter before me is **Plaintiff's Motion for Temporary Restraining Order**, filed June 26, 2008. A forthwith hearing is necessary.

**THEREFORE, IT IS ORDERED** as follows:

1. That the court **SHALL HEAR Plaintiffs' Motion for Temporary Restraining Order**, filed June 26, 2008, today, Thursday, June 26, 2008, commencing at 11:00 a.m. (MDT);[1] and

2. That plaintiff **SHALL PROVIDE** defendants or their counsel with a copy of A) the complaint filed in this action; B) the plaintiff's motion for temporary restraining order;

---

[1] The hearing shall be conducted in courtroom A701 in the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, CO 80294. At the outset of the hearing, the court will allocate the available time between the parties.

and C) this order this order as soon as practicable.[2]

Dated June 26, 2008, at 9:25 a.m., at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[2] Time is of the essence. To deliver these documents to the defendants, plaintiff may provide defendants with copies via personal delivery to counsel for defendants, facsimile transmission to counsel for defendants, and/or electronic mail to counsel for defendants.