**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date: June 25, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

Civil Case No.  08-cv-01342-REB

DESIREE ARNOLD,                                            Karen Breslin
individually and on behalf of all persons similarly situated,

      Plaintiff

v.

THE CITY AND COUNTY OF DENVER, COLORADO,                  John Eckhardt
DOUG KELLY, Director of Animal Control, in his official   Stuart Shapiro
 and individual capacity,                                 Michael Joyce

      Defendants.

---

**COURTROOM MINUTES - TEMPORARY RESTRAINING ORDER HEARING**

---

**11:05 a.m.**     **Court in session.**

Appearances of counsel.

Opening statements by the court.

11:07 a.m.     Argument by Ms. Breslin for the Plaintiff.

11:13 a.m.     Response by Mr. John Eckhardt, for the Defendants.

11:19 a.m.     Reply by the Plaintiff.

**It was ORDERED:**

     1.     That the Plaintiff's Motion for a Temporary Restraining Order [#2] filed June 26,
            2008, is **denied.**

**11:25 a.m.**     **Court in recess**.

*Total court time: 00:20 minutes - hearing concluded*