IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01342-REB-MEH

DESIREE ARNOLD,
GEMA MARTINEZ,
ELISHA STURDIVANT, and
THE PIT BULL BAND,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DOUG KELLEY, Director of the Division of Animal Control, in his official and individual capacity,
RICK MOUTON, Officer, Division of Animal Control, in his official and individual capacity,
DAVE ROMERO, Officer, Division of Animal Control, in his official and individual capacity, and
MICHAEL GABRIEL, Officer, Denver Police Department, in his official and individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 27, 2009.**

      In the interests of justice, Plaintiffs' timely filed and unopposed[1] Motion for Leave to Amend [filed March 31, 2009; docket #17] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint and Jury Demand found at docket #17-2. Plaintiffs shall serve the pleading on the newly named defendants in compliance with Fed. R. Civ. P. 4. The remaining Defendants shall file an answer or other response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15.

---

[1] Although Plaintiffs certify that Defendants oppose the motion, no opposition was filed before the deadline pursuant to D.C. Colo. LCivR 7.1C.