IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01342-REB-MEH

DESIREE ARNOLD, individually and on behalf of all persons similarly situated, and
THE PIT BULL BAND,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DOUG KELLEY, Director of the Division of Animal Control, in his official capacity, and
DOUG KELLEY, in his individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 22, 2009.**

      Defendants' Unopposed (Stipulated) Motion to Amend Scheduling Order [filed May 21, 2009; docket #25] is **denied without prejudice**, pending the Settlement Conference set for June 26, 2009. The Court will address the parties' scheduling concerns at that time and amend the scheduling order if necessary.