IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01342-REB-MEH

DESIREE ARNOLD,
THE PIT BULL BAND,
GEMA MARTINEZ, and
ELISHA STURDIVANT,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DOUG KELLEY, Director of the Division of Animal Control, in his official and individual
capacities,
RICK MOUTON, Officer, Division of Animal Control, in his official and individual capacities,
DAVID ROMERO, Officer, Division of Animal Control, in his official and individual
capacities, and
MICHAEL GABRIEL, Officer, Denver Police Department, in his official and individual
capacities,

      Defendants.

---

## RECOMMENDATION RE: MOTION TO VACATE TRIAL DATE

---

**Michael E. Hegarty, United States Magistrate Judge**.

      This matter comes before the Court *sua sponte*.  On June 30, 2009, the parties filed a

Stipulated Motion to Vacate Trial Date of December 14, 2009 and Stay All Proceedings for Ninety

Days [docket #29].  Although the motion has not been referred to me for recommendation, I

respectfully submit the following information for the District Court's consideration and recommend

that the motion be granted.[1]

---

[1]Be advised that all parties shall have ten (10) days after service hereof to serve and file
any written objections in order to obtain reconsideration by the District Judge to whom this case
is assigned.  Fed. R. Civ. P. 72.  The party filing objections must specifically identify those
findings or recommendations to which the objections are being made.  The District Court need
not consider frivolous, conclusive or general objections.  A party's failure to file such written
objections to proposed findings and recommendations contained in this report may bar the party

As stated by the parties in their motion, this Court held a settlement conference at which the parties made significant progress toward resolution of the matter.  The parties require additional time and focus toward activities other than litigation that will assist in settlement of the case. Specifically, Plaintiffs' counsel will be drafting proposed changes to Defendant's procedures with respect to the city ordinance regarding pit bulls, and the parties will meet with the Court in further negotiations on August 20, 2009.  This Court believes that it would be in the interests of judicial economy and efficiency to vacate the current trial date and grant a temporary stay of the proceedings to allow the parties to pursue possible resolution of the case.  It is obviously a difficult process to alter or amend the City of Denver's ordinances, but the undersigned is encouraged after the conference that a resolution short of litigation can be reached.

Based on the foregoing I respectfully recommend that the District Court grant the Stipulated Motion to Vacate Trial Date of December 14, 2009 and Stay All Proceedings for Ninety Days [filed June 30, 2009; docket #29].

Dated at Denver, Colorado, this 9th day of July, 2009.

BY THE COURT:


s/Michael E. Hegarty_____
Michael E. Hegarty
United States Magistrate Judge

---

from a de novo determination by the District Judge of the proposed findings and recommendations.  *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1).  Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).