**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01342-REB-MEH

DESIREE ARNOLD,
THE PIT BULL BAND,
GEMA MARTINEZ, and
ELISHA STURDIVANT,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DOUG KELLEY, Director of the Division of Animal Control, in his official and individual capacities,
RICK MOUTON, Officer, Division of Animal Control, in his official and individual capacities,
DAVID ROMERO, Officer, Division of Animal Control, in his official and individual capacities, and
MICHAEL GABRIEL, Officer, Denver Police Department, in his official and individual capacities,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION,
STAYING CASE, & VACATING TRIAL**

---

**Blackburn, J.**

      This matter is before me on the following: (1) the parties' **Stipulated Motion to Vacate Trial Date of December 14, 2009 and Stay All Proceedings for Ninety Days** [#29][1] filed June 30, 2009; and (2) the magistrate judge's **Recommendation Re: Motion To Vacate Trial Date** [#31] filed July 9, 2009.  I adopt the recommendation and grant the parties' motion.

      The stipulated motion [#29] indicates that all parties to this case consent to the relief sought in the motion.  The magistrate judge recommends that the relief requested be

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

granted. In these circumstances, there is no reason to allow time for the parties to file objections to the recommendation. I adopt the recommendation and grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation Re: Motion To Vacate Trial Date** [#31] filed July 9, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2. That the parties' **Stipulated Motion to Vacate Trial Date of December 14, 2009 and Stay All Proceedings for Ninety Days** [#29] filed June 30, 2009, is **GRANTED**;

3. That except for proceedings in aid of the parties' efforts to devise a settlement, this case is **STAYED** until September 30, 2009;

4. That the trial currently set to begin on December 14, 2009, is **VACATED**;

5. That if, on or before September 30, 2009, the parties have not filed documents indicating that a full settlement of this case has been reached, then no later than September 30, 2009, the parties **SHALL FILE** a status report indicating that a full settlement has not been reached;

6. That if, on or before September 30, 2009, the parties have not filed documents indicating that a full settlement of this case has been reached, then the court will lift the stay and issue orders again setting this matter for trial.

Dated July 10, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge