**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01342-REB-MEH

DESIREE ARNOLD,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, and
DOUG KELLEY, Director of the Division of Animal Control, in his official and individual
capacity,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the **Unopposed (Stipulated) Motion To
Extend Stay Through October 30, 2009** [#33] filed September 30, 2009.  The motion
is **GRANTED**.  The case is **STAYED** until October 30, 2009, consistent with the court's
**Order Adopting Recommendation, Staying Case, & Vacating Trial** [#32] entered
July 10, 2009.

      Dated:  October 2, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.