**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01342-REB-MEH

DESIREE ARNOLD, et al

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, et al

    Defendants.

**MINUTE ORDER**[1]

    The matter comes before the court on the **Unopposed (Stipulated) Motion To Extend Stay Through December 15, 2009** [#41] filed November 20, 2009.  The motion is **GRANTED**.  The case is **STAYED** until December 15, 2009, consistent with the court's **Order Adopting Recommendation, Staying Case, & Vacating Trial** [#32] entered July 10, 2009.

    Dated:  November 23, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.