**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01342-REB-MEH

DESIREE ARNOLD,
GEMA MARTINEZ,
THE PIT BULL BAND,
ELISHA STURDIVANT,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DOUG KELLEY, Director of the Division of Animal Control, in his official and individual capacity,
RICK MOUTON, Officer, Division of Animal Control, in his official and individual capacity,
DAVE ROMERO, Officer, Division of Animal Control, in his official and individual capacity,
MICHAEL GABRIEL, Officer, Denver Police Department, in his official and individual capacity,

      Defendants.

## ORDER DISMISSING CLAIMS OF GEMA MARTINEZ

**Blackburn, J.**

This matter is before me on the **Unopposed Motion To Dismiss Without Prejudice by Gema Martinez** [#53][1] filed December 28, 2009. Ms. Martinez asks that I dismiss her claims in this case without prejudice under FED. R. CIV. P. 41(a)(2). The motion is unopposed and, according to Ms. Martinez, dismissal of her claims is part of a larger settlement that resolves the claims of the other plaintiffs in this case. Under FED. R. CIV. P. 41(a)(2), I conclude that Ms. Martinez's request to dismiss her claims without

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

prejudice is proper.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Without Prejudice by Gema Martinez** [#53] filed December 28, 2009, is **GRANTED**;

2. That under FED. R. CIV. P. 41(a)(2), the claims of plaintiff, Gema Martinez, are **DISMISSED** without prejudice; and

3. That plaintiff, Gema Martinez, is **DROPPED** from this action, and the caption of this case shall be **AMENDED** accordingly.

Dated December 30, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge