**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01342-REB-MEH

DESIREE ARNOLD,
ELISHA STURDIVANT, and
THE PIT BULL BAND,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, and
DOUG KELLY, Director of the Division of Animal Control, in his official and individual capacity,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion For Dismissal With Prejudice** [#62] filed February 25, 2010.  After careful of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulated Motion For Dismissal With Prejudice** [#62] filed February 25, 2010, is **GRANTED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated February 25, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge